# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTOPHER POINTER                                                PLAINTIFF

v.                    No. 4:18-cv-585-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT


TIMOTHY A. HOLDFORD                                                PLAINTIFF

v.                    No. 4:18-cv-588-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT


CHRISTOPHER D. WARREN                                              PLAINTIFF

v.                    No. 4:18-cv-589-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT


RICKEY MILLER                                                      PLAINTIFF

v.                    No. 4:18-cv-590-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT


ERIC MURPHY                                                        PLAINTIFF

v.                    No. 4:18-cv-591-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT

STANLEY BULLOCK                                          PLAINTIFF

v.                      No. 4:18-cv-592-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                        DEFENDANT


MARCUS MILLER                                            PLAINTIFF

v.                      No. 4:18-cv-593-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                        DEFENDANT


JASON LAMBERT                                            PLAINTIFF

v.                      No. 4:18-cv-594-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                        DEFENDANT


MARLIN IVY                                               PLAINTIFF

v.                      No. 4:18-cv-595-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                        DEFENDANT


JUSTIN OVERTON                                           PLAINTIFF

v.                      No. 4:18-cv-596-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                        DEFENDANT

-2-

| | | |
|---|---|---|
| JAMES YOUNG | | PLAINTIFF |
| v. | No. 4:18-cv-597-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| CLIFTON THOMAS | | PLAINTIFF |
| v. | No. 4:18-cv-598-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| JEFFREY RYAN ROBERTSON | | PLAINTIFF |
| v. | No. 4:18-cv-599-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| STEVEN THOMAS | | PLAINTIFF |
| v. | No. 4:18-cv-600-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| LARCELLA ROBINSON | | PLAINTIFF |
| v. | No. 4:18-cv-601-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | |
|---|---|
| TARIQ MAHDI | PLAINTIFF |
| v. No. 4:18-cv-602-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |
| | |
| OBER HARMAN | PLAINTIFF |
| v. No. 4:18-cv-603-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |
| | |
| ANDREW DELANG | PLAINTIFF |
| v. No. 4:18-cv-604-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |
| | |
| DE'ANDRE GRAVES | PLAINTIFF |
| v. No. 4:18-cv-606-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |
| | |
| MICHAEL BURK | PLAINTIFF |
| v. No. 4:18-cv-607-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

| | | |
|---|---|---|
| WILLIAM BARNETT | | PLAINTIFF |
| v. | No. 4:18-cv-609-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| JERROD CRAVEN | | PLAINTIFF |
| v. | No. 4:18-cv-610-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| AUSTIN COUSINS | | PLAINTIFF |
| v. | No. 4:18-cv-611-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| SANDY SANDERS | | PLAINTIFF |
| v. | No. 4:18-cv-612-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| EDGAR EDDIE CANTU, JR. | | PLAINTIFF |
| v. | No. 4:18-cv-613-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| | | |
|---|---|---|
| BRANDEN L. BUTLER | | PLAINTIFF |
| v. | No. 4:18-cv-614-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| ERIC D. HALL | | PLAINTIFF |
| v. | No. 4:18-cv-616-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| MICHAEL WARREN | | PLAINTIFF |
| v. | No. 4:18-cv-617-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| SHANE SMITH | | PLAINTIFF |
| v. | No. 4:18-cv-618-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |
| | | |
| LEE JOHNSON | | PLAINTIFF |
| v. | No. 4:18-cv-619-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | | DEFENDANT |

| WALTER RATLIFF | PLAINTIFF |
|---|---|
| v. No. 4:18-cv-620-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

## JUDGMENT

The complaints are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2018